2011-09071
FILED
October 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003858823

ROBERT M. YASPAN (SBN 51867)
JASON H. GOROWITZ (SBN 225428)
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

[Proposed] General Counsel for Debtors
Sanjiv and Sheena Chopra

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re<br><br>Sanjiv and Sheena Chopra,<br><br>Debtors. | Case No.: 11-93411-E-11<br><br>Chapter 11 |
| SANJIV K. CHOPRA, an individual; and AMERICAN CUSTOM HOMES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROTEL INNS AND SUITES FRANCHISING, INC., a Georgia corporation; WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation; U.S. FRANCHISE SYSTEMS, INC., a Delaware corporation; SURAJ HOSPITALITY, LLC, a California limited liability company; HITEN C. SURAJ, an individual; MANU NARAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | NOTICE OF REMOVAL<br><br>[28 U.S.C. §§ 157(a) & 1452(a)] |

TO THE HONORABLE RONALD H. SARGIS, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN THE ABOVE-CAPTIONED SUPERIOR COURT CIVIL ACTION HEREBY REMOVED AND THEIR RESPECTIVE ATTORNEYS OF RECORD AND THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF STANISLAUS:

PLEASE TAKE NOTICE that debtor Sanjiv Chopra submits this Notice of Removal in accordance with 28 U.S.C. sections 157(a) and 1452(a) and Federal Rules of Bankruptcy Procedure, rule 9027, and respectfully represents as follows:

1. On September 27, 2011, debtors Sanjiv and Sheena Chopra ("Debtors") filed a voluntary Chapter 11 petition ("Chapter 11 Case"), which is pending before the United States Bankruptcy Court for the Eastern District of California, Modesto Division. The Chapter 11 Case is designated as Case Number 11-93411-E-11. Debtors are debtors-in-possession pursuant to 11 U.S.C. sections 1101(1) and 1107.

2. On April 15, 2011, plaintiffs Sanjiv K. Chopra and American Custom Homes, LLC, filed a Complaint in the Superior Court of the State of California for the County of Stanislaus ("Civil Action") captioned *Sanjiv K. Chopra, et al. vs. Microtel Inns and Suites Franchising, Inc., et al*. The Civil Action is designated as Case Number 663218. The operative First Amended Complaint alleges four causes of action involving Debtors' property, *to wit*: (1) Fraud and Conspiracy; (2) Aiding and Abetting Fraud; (3) Rescission for Failure of Consideration; (4) Negligent Misrepresentation; and (5) Money Had and Received. The causes of action directly involve title to property of Debtors' bankruptcy estate.

3. Debtor Sanjiv Chopra is removing the Civil Action pursuant to 28 U.S.C section 1334(e)(1) because the United States Bankruptcy Court has exclusive jurisdiction over property included in Debtors' bankruptcy estate. This Notice of Removal is accompanied by copies of all process and pleadings contained in the Superior Court's file in the Civil Action at the time of the filing of this Notice of Removal, in accordance with Federal Rule of Bankruptcy Procedure, rule 9027(a)(1), and as set forth in the concurrently submitted Declaration of Jason H. Gorowitz in Support of Removal of Action.

4. The Civil Action, including all claims and causes of action asserted therein, is a Civil Action other than a proceeding before the United States Tax Court; it is not a Civil Action by a governmental unit to enforce such governmental unit's police or regulatory power.

5. The Civil Action is a civil proceeding related to the Chapter 11 Case. The Bankruptcy Court presiding over the Chapter 11 Case, pursuant to the general reference with respect to Title 11 cases in effect in the Eastern District, Modesto Division, and 28 U.S.C. section 157(a), has jurisdiction over each and every claim and cause of action asserted in the Civil Action under 28 U.S.C. section 1334. The Civil Action concerns and alleges causes of action relating to Debtors' bankruptcy estate including, but not limited to, issues relating directly to the title of property of said estate. All of the claims and causes of action have a clear and direct impact on property of the bankruptcy estate under 11 U.S.C. section 541. Resolution of the claims asserted in the Civil Action will significantly affect the administration of the bankruptcy estate and involve property and assets wrongfully taken from the estate. Such proceedings are core proceedings under, but not necessarily limited to, 28 U.S.C. section 157, subdivisions (b)(2)(A), (H) and (O).

6. Removal of each claim and cause of action of the Civil Action to the Bankruptcy Court is authorized by 28 U.S.C. §§ 157, 1334 and 1452 and the General Order of the District Court for the Eastern District, Modesto Division, referring bankruptcy matters to the United States Bankruptcy Court. Removal is in accordance with Federal Rule of Bankruptcy Procedure, rule 9027(a)(3).

///

///

///

///

///

///

///

///

NOW THEREFORE, all parties to the Civil Action, pending in the Superior Court of California for the County of Stanislaus as Case Number 663218, are HEREBY NOTIFIED, pursuant to Federal Rule of Bankruptcy Procedure, rule 9027(e), as follows:

Removal of the Civil Action and all claims and causes of action therein was effected upon the filing of a copy of the Notice of Removal with the Clerk of the Superior Court pursuant to Federal Rules of Bankruptcy Procedure, rule 9027(c). The Civil Action is removed from the Superior Court to the United States Bankruptcy Court presiding over the Chapter 11 Case. The parties to the Civil Action shall proceed no further in the Superior Court unless and until the Civil Action or any portion thereof is remanded by the Bankruptcy Court.

DATED: October 26, 2011

LAW OFFICES OF ROBERT M. YASPAN

By: [signature]
ROBERT M. YASPAN
JASON H. GOROWITZ
[Proposed] General Counsel for Debtors
Sanjiv and Sheena Chopra